ACCEPTED
03-15-00416-CV
6612183
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## ATTORNEYS AND COUNSELORS
## Wm. CHARLES BUNDREN & ASSOCIATES LAW GROUP, PLLC

2591 Dallas Parkway, Suite 300
Frisco, Texas 75034

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/23/2015 6:44:43 PM
JEFFREY D. KYLE
Clerk

Wm. Charles Bundren, Esq.
E-Mail: charles@bundrenlaw.net

TELEPHONE 972.624.5340
FAX 972.624.5340

**August 23, 2015**

### ATTORNEY VACATION LETTER 2015 AND 2016

Jeffrey D Kyle, Clerk
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. Box 12547
Austin, TX 78711

Re:   ***AMERIPRO FUNDING INC., petitioner v.***
***OAK MORTGAGE GROUP, INC. ET AL, respondents***
**Cause No. D-1-GN-15-000276**
**IN THE DISTRICT COURT OF TRAVIS COUNTY TEXAS 353RD**
**JUDICIAL DISTRICT.**

**Court of Appeals Number: 03-15-00416-CV**
**IN THE THIRD COURT OF APPEALS IN AUSTIN, TEXAS**
Oak Mortgage Group, Inc. Michael H. Nasserfar, Michael E. Task, and
Tycord R. Gosnay, Appellants,
V.
Ameripro Funding , Inc., Appellee.

Dear Clerk:

The below referenced attorney, Texas State Bar No. 03343200, is requesting that no arguments or hearings be set in 2015 and 2016 on any of the following dates which are dates for pre-arranged and planned scheduled vacation of the attorney:

1.   August 28, 2015 August 31,2015, September 1-4, 2015 and September 7-11, 2015;

2.   November 19-20, 2015, and November 23-24, 2015

1

3. December 28 through December 31, 2015.

4. May 30- June 16, 2016.

All counsel of record are being informed of this communication with the clerk's office and of the requester reserve those dates.

Thank you for your attention.

Respectfully submitted,

By: /s/ Charles Bundren

**WM. CHARLES BUNDREN & ASSOCIATES LAW GROUP, PLLC**

Wm. Charles Bundren, Esq.
Attorney-in Charge
State Bar No. 03343200
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(214) 214-808-3555         Telephone
(972) 624-5340             Facsimile
e-mail:        charles@bundrenlaw.net

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of August, 2015, all counsel of record were served with a copy of this document in accordance with Rule 21a of the Texas Rules of Appellate Procedure by serving the following:

Susan Burton, Esq.
State Bar No.        03479350
GRAVES DOUGHTERY HEARON & MOODY
P.C.
401 Congress., Suite 2200
Austin, Texas 78701

Telephone:  (512) 480-5600
Telecopier:  (512) 480-5862 (facsimile)
E-mail:          sburton@gdhm.com
**ATTORNEY FOR:**
 **AMERIPRO, APPELLEE**


__X__by the electronic filing manager pursuant to TRAP 9.5(b)(1),

____ by certified mail return receipt requested deposited with the United States Postal Service on the date indicated above pursuant to TRAP 9.5 (b)(2),

__X__ by email at the email address indicated above pursuant to TRAP 9.5 (b)(2),

____ by commercial delivery service deposited with _____ on the date indicated above pursuant to TRAP 9.5 (b)(2),
, and/or

____ by fax at the fax number indicated above pursuant to TRAP 9.5 (b)(2).

/s/ Charles Bundren
Wm. Charles Bundren, Esq.
**ATTORNEY FOR:**
**OAK MORTGAGE, *ET. AL.***
**APPELLANTS**